AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

YOLANDA ANTHONY,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 120-110

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 21, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Commissioner's decision is affirmed, and judgment is hereby entered in favor of the Commissioner. This case stands closed.

September 21, 2021  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020